**EXHIBIT 1**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

HONORABLE ROBERT S. LASNIK
MAGISTRATE JUDGE JAMES P. DONOHUE

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

MICHAEL A. SCOTT, SR.,

                Plaintiff,

    v.

MAGGIE MILLER-STOUT, et al.,

                Defendants.

NO.  C05-1950-RSL-JPD

DECLARATION OF DEVON
SCHRUM

I, DEVON SCHRUM, make the following declaration:

    1.      I am the Grievance Program Manager in the Office of Correctional Operations, Washington State Department of Corrections (DOC), located in Tumwater, Washington.  My official duties include responding to questions regarding the inmate grievance program statewide, reviewing grievances appealed to Level III, reporting to DOC officials on the status of the grievance program, and other duties related to this program.  I have held this position since April, 2006.

    2.      The Washington Offender Grievance Program (OGP) has been in existence since the early 1980's and was implemented on a department-wide basis in 1985.

    3.      Under the OGP, an offender may file a grievance over a wide range of aspects of his/her incarceration.  Inmates may file grievances challenging 1) DOC institution policies, rules and procedures; 2) the application of such policies, rules and procedures; 3) the lack of policies,

DECLARATION OF DEVON SCHRUM
(C05-1950-RSL-JPD)

1

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1   rules or procedures that directly affect the living conditions of the offender; 4) the actions of

2   staff and volunteers; 5) the actions of other offenders; 6) retaliation by staff for filing

3   grievances; and 7) physical plant conditions.  An offender may not file a grievance challenging

4   1) state or federal law; 2) court actions and decisions; 3) Indeterminate Sentence Review Board

5   actions and decisions; 4) administrative segregation placement or retention; 5) classification/unit

6   team decisions; 6) transfers; 7) disciplinary actions; and several other aspects of incarceration.

7   Administrative segregation, classification, and disciplinary issues are not grievable because

8   these areas have their own appeal process.

9        4.      The OGP provides a wide range of remedies available to inmates.  These

10  remedies are outlined in OGP 015 and include 1) restitution of property or funds; 2) correction

11  of records; 3) administrative actions; 4) agreement by department officials to remedy an

12  objectionable condition within a reasonable time; and 5) a change in a local or department

13  policy or procedure.

14       5.      The grievance procedure consists of four levels of review:

15  Level 0 - Complaint or informal level.  The grievance coordinator at the prison receives

16  a written complaint from an offender on an issue about which the offender wishes to pursue a

17  formal grievance.   At this complaint level, the grievance coordinator pursues informal

18  resolution, returns the complaint to the offender for rewriting, returns the complaint to the

19  offender requesting additional information, or accepts the complaint and processes it as a formal

20  grievance.  Routine and emergency complaints accepted as formal grievances begin at Level I,

21  complaints alleging staff misconduct are initiated at Level II.

22  Level I - Grievances against policy, procedure, or other offenders, and grievances

23  processed as emergencies.  The local grievance coordinator is the respondent at this level.

24  Level II - Appeal.  Offenders may appeal Level I grievances to this level.  Staff conduct

25  grievances are initiated at this level.  All appeals and initial grievances received at Level II are

26  investigated, with the prison superintendent being the respondent.

DECLARATION OF DEVON SCHRUM                2              ATTORNEY GENERAL OF WASHINGTON
(C05-1950-RSL-JPD)                                                  Criminal Justice Division
                                                                        PO Box 40116
                                                                   Olympia, WA 98504-0116
                                                                        (360) 586-1445

10

1       <u>Level III</u> - Appeal.  Offenders may appeal all Level II responses except emergency

2    grievances to Department headquarters in Tumwater, where they are reinvestigated.

3    Administrators are the respondents.

4          6.     Since March 1, 2005, offenders have 20 working days from the date of an

5    incident to file a grievance.  Prior to this date, offenders had five working days from the date of

6    an incident to file a grievance.  An exception to this filing timeframe is allowed if there is a valid

7    reason for the delay.

8          7.     The DOC's grievance system is well known to inmates; currently over 20,000

9    grievances are filed per year system wide.

10        8.     Michael Scott, DOC #794889, is a DOC inmate currently incarcerated at the

11   Airway Heights Corrections Center (AHCC) in Airway Heights, Washington.

12        9.     It is my understanding that Mr. Scott's complaint in this case raises a claim

13   pertaining to the failure of staff at the Monroe Correctional Complex (MCC) and AHCC to

14   locate and deliver personal property to Mr. Scott after his transfer to AHCC in October 2003.

15        10.    Mr. Scott's complaint about lost or undelivered personal property is clearly a

16   grievable issue.

17        11.    I have reviewed DOC's official grievance records concerning Mr. Scott and

18   have determined that he did file two grievances concerning lost property; grievance No.

19   0324767 and No. 0325814.  Grievance No. 0324767 did not go beyond level 0 as Mr. Scott

20   failed to rewrite his grievance to include required information.  Grievance No. 0325814 only

21   went to level 1 as Mr. Scott did not appeal the level 1 response which essentially denied his

22   grievance and provided him no relief.  As such, it is clear that Mr. Scott did not exhaust the

23   grievance process on his claim concerning DOC staff's failure to locate and deliver his personal

24   property to him.

25        12.    Attached to this declaration as attachment A is a true and accurate copy of

26   DOC's official grievance summary for Mr. Scott.  Attached to this declaration as attachment B

DECLARATION OF DEVON SCHRUM         3         ATTORNEY GENERAL OF WASHINGTON
(C05-1950-RSL-JPD)                             Criminal Justice Division
                                        PO Box 40116
                                  Olympia, WA 98504-0116
                                  (360) 586-1445

1  is Mr. Scott's grievance/offender complaint for grievance No. 0324767.   Attached to this

2  declaration as attachment C is Mr. Scott's level 1 grievance and the response thereto in

3  grievance No. 0325814.

4        I declare under the penalty of perjury that the foregoing is true and correct to the best of

5  my knowledge.

6        EXECUTED this ___21___ day of August, 2006, at Tumwater, Washington.

7

8                              DEVON SCHRUM

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF DEVON SCHRUM                    4
(C05-1950-RSL-JPD)

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

12

Attachment A

13

```
      OTSO300                    GRIEVANCE SUMMARY                          PAGE    1
DOC NO: 794889    NAME: SCOTT, MICHAEL A.              STATUS: ACTIVE INMATE
                      CUR LOC: AIRWAY HEIGHTS-MED.
```

|     | LOGID   | COMPLAINT DATE | TYPE | CAT | AREA-DESC |                   | SPEC-DESC |                  | JUD | FAC | LV |
|-----|---------|----------------|------|-----|-----------|-------------------|-----------|------------------|-----|-----|----|
| ACT |         |                |      |     |           |                   |           |                  |     |     |    |
| _   | 0221430 | 11/14/02       | 01   | 50  | 521       | HEALTH-MEDICAL    | 438       | MEDICAL-SPECIAL  |     | D01 | 1  |
| _   | 0304600 | 03/05/03       | 01   | 50  | 521       | HEALTH-MEDICAL    | 418       | MEDICAL-DENIED   |     | D01 | 1  |
| _   | 0304965 | 03/10/03       | 01   | 50  | 521       | HEALTH-MEDICAL    | 418       | MEDICAL-DENIED   |     | D01 | 1  |
| _   | 0312436 | 06/19/03       | 01   | 02  | 803       | LIVING UNIT 3     | 513       | PROP,P-CONFISCA  |     | D01 | 0  |
| _   | 0315878 | 08/07/03       | 01   | 50  | 521       | HEALTH-MEDICAL    | 430       | MEDICAL-INADEQU  |     | D01 | 3  |
| _   | 0319432 | 09/26/03       | 01   | 50  | 311       | AD SEG HEARING    | 503       | PROCEDURAL ERRO  |     | D01 | 0  |
| _   | 0321996 | 10/24/03       | 01   | 50  | 521       | HEALTH-MEDICAL    | 434       | MEDICAL-RESTRIC  |     | P01 | 0  |
| _   | 0324767 | 12/12/03       | 01   | 50  | 647       | PROPERTY ROOM/S   | 531       | PROP,P-TRANSFER  |     | P01 | 0  |
| _   | 0325814 | 12/24/03       | 01   | 50  | 647       | PROPERTY ROOM/S   | 531       | PROP,P-TRANSFER  |     | P01 | 1  |
| _   | 0405709 | 03/17/04       | 03   | 21  | 806       | LIVING UNIT 6     | 990       | UNFAIR TREATMEN  |     | D05 | 2  |
| _   | 0406665 | 03/23/04       | 01   | 02  | 051       | DOP-INSTITUTION   | 780       | TRANSFER         |     | D05 | 0  |
| _   | 0414109 | 07/12/04       | 01   | 50  | 347       | CLASSIFICATION    | 022       | AD. SEG. STATUS  |     | D05 | 0  |

```
OPTIONS: G=GRIEVANCE RECORD    P=PERSONAL CHARACTERISTICS
            ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

14

ATTACHMENT  A

```
       OTSO300                  GRIEVANCE SUMMARY                        PAGE   2
DOC NO: 794889    NAME: SCOTT, MICHAEL A.              STATUS: ACTIVE INMATE
                         CUR LOC: AIRWAY HEIGHTS-MED.


                 COMPLAINT
ACT LOGID      DATE   TYPE CAT   AREA-DESC            SPEC-DESC        JUD FAC  LV

 _  0414109 07/12/04 01   50     347 CLASSIFICATION  022 AD. SEG. STATUS  D05  0
 _  0504534 02/04/05 01   50     347 CLASSIFICATION  780 TRANSFER         P01  0




OPTIONS: G=GRIEVANCE RECORD    P=PERSONAL CHARACTERISTICS
         ENTER OPTION IN ACTION COLUMN, OR PRESS ENTER FOR NEXT PAGE
```

15

# ATTACHMENT B

16

**LOG I.D. NUMBER**

0324767



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**OFFENDER COMPLAINT**

CHECK ONE: ☑ INITIAL GRIEVANCE, ☐ EMERGENCY GRIEVANCE, ☐ APPEAL TO NEXT LEVEL

**RESIDENTIAL FACILITIES:** Send all completed copies of this form to the Grievance Coordinator. Explain <u>what happened</u>, <u>when</u>, <u>where</u>, and <u>who</u> was involved or which policy/procedure is being grieved. Be as brief as possible but include the necessary facts. A formal grievance begins on the date the typed grievance forms are signed by the coordinator. Contact a staff member to report an emergency situation or to initiate an emergency grievance. Please attempt to resolve all complaints through appropriate staff before initiating a grievance.

| NAME: LAST | FIRST | MIDDLE | DOC NUMBER |
|---|---|---|---|
| SCOTT | MICHAEL | ADRION | 794889 |

| PROGRAM ASSIGNMENT | WORK HOURS | FACILITY/OFFICE | UNIT/CELL |
|---|---|---|---|
| MI 3 | Ø | AHCC | N B22L |

**COMMUNITY SUPERVISION:** Send all completed copies of this form directly to: Grievance Program Specialist, Offender Grievance Program, Department of Corrections, P.O. Box 41129, Olympia WA 98504-1129.

| MAILING ADDRESS: STREET OR P.O. BOX | CITY, STATE | ZIP CODE | TELEPHONE NUMBER |
|---|---|---|---|
| | | | |

I WANT TO GRIEVE:

PROPERTY: LOST OR DESTROYED - AS PER A VERBAL REPORT BY AN INVESTIGATING STAFF PERSON STATIONED @ AHCC, TWO LARGE BOXES OF PROPERTY MAILED FROM MCC ON 10-6-03. [CONTENTS: 7 BOOKS @ $29.95 EA ; 1 JADE AND CLAY ROSARY @ $95.00 ; LEGAL EVIDENCE WHICH WAS DUE IN SUPERIOR COURT 10-10-03 ; LEGAL EVIDENCE TO BE USED IN PENDING LIABILITY SUIT (DATE TO BE ANNOUNCED) ; MANUSCRIPTS OF 1 PLAY AND ONE NOVEL (COST TO BE DERIVED

SUGGESTED REMEDY: BY MY EDITORS, C. ESTES & R. BASH) ; PHOTOGRAPHS AND LETTERS FROM MY WIFE & 4 CHILDREN IN THE SOUTH PACIFIC ; 4 RENDERINGS VALUED AT $50.00 EA.] WITNESSES TO OWNERSHIP INCLUDE RELIGIOUS PROPERTY MATRIX FORM, C/O PAGGI, C/O FINDLEY, C/O PALMER, GRIEVANTS EDITORS & WIFE.

| MANDATORY | SIGNATURE | DATE |
|---|---|---|
| | *[signature]* 12-9-03 | 10-9-03 |

---

**GRIEVANCE COORDINATOR'S RESPONSE**

| LOCATION CODE | DATE RECEIVED |
|---|---|
| POL | 12-12-03 |

Your complaint is being returned because:

☐ It is not a grievable issue.
☐ You requested to withdraw the complaint.
☐ You failed to respond to callout sheet on _____.
☐ The formal grievance/appeal paperwork is being prepared.

☐ The complaint was resolved informally.
☑ Additional information and/or rewriting is needed.
(See below.) Return within five (5) days or by:
Due Date: _____
☐ No rewrite received. Date: _____

EXPLANATION: Please rewrite & state who the staff member is, and do not remove the pink copy.

| INITIAL COMPLAINT OBTS INFORMATION | | | | | | DATE OF RESPONSE | COORDINATOR'S SIGNATURE |
|---|---|---|---|---|---|---|---|
| TYPE | CATEGORY | AREA | SPEC | REMEDY | RESOLUTION | | |
| 01 | 50 | 47 | 531 | 08 | 05 | 12-15 | *[signature]* R. Archer |

DOC 05-165 (Rev. 10/2000) OCO / POL     1.   **GRIEVANCE PROGRAM MANAGER**     DOC 550.100

17

ATTACHMENT B

# ATTACHMENT C

18



H-6
-Smith

LOG I.D. NUMBER
0325814

**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**LEVEL 1 – INITIAL GRIEVANCE**
**NIVEL 1 - QUEJA INICIAL**

| NAME:
NOMBRE: | LAST
APELLIDO | FIRST
PRIMER NOMBRE | MIDDLE
2DO NOMBRE | DOC NUMBER
NUMERO DOC | FACILITY/ FACILIDAD | UNIT/CELL
UNIDAD/CELDA |
|---|---|---|---|---|---|---|
| | SCOTT | MICHAEL | A | 794889 | AHCC | NB22L |

| COMMUNITY CORRECTIONS OFFICE
OFICINA DE CORRECCIONES EN LA COMUNIDAD | DATE TYPED
FECHA ESCRITA
12-31-03 | PART B OBTS INFORMATION INFORMACION DE OBTS | | |
|---|---|---|---|---|
| | | REMEDY/REMEDIO
08 | RESOLUTION/RESOLUCION
04 | PENDING/PENDIENTE |

**PART A – INITIAL GRIEVANCE/ PARTE A – QUEJA INICIAL**
Response due/Respuesta requerida en  1-24

I WANT TO GRIEVE:  Property lost/destroyed.  After a personal search, via kites, for said property, I was informed by the Property Room Sgt. "not to kite her again".  I had kited her twice.  I then turned to C/O Hagen who ascertained that "2 boxes were mailed to AHCC from Monroe on Oct. 06, '03".  E-mail to AHCC's Mail and Property Rooms netted "no property in store".  These boxes contain legal documentation and evidence for 3 legal cases, one of which I lost due to a 12-10-03 deadline to submit the now "missing" evidence.  Other property, now missing, include family pictures and letters, 7 religious books, the manuscript of a novel four years in development along with several renderings to supplement same.  Witness who can attest to this property and my ownership include my editors (who already paid an advance), a religious matrix form, my wife and children, and officers Paggi, Findley, Palmer, Connors, as well as many fans.

SUGGESTED REMEDY:

| GRIEVANCE COORDINATOR SIGNATURE
FIRMA DE COORDINADOR DE QUEJAS | DATE
FECHA
1-9-04 | GRIEVANT SIGNATURE
FIRMA DE QUEJANTE | DATE
FECHA
1-9-04 |
|---|---|---|---|

**PART B – LEVEL I RESPONSE / PARTE B RESPUESTA PRIMER NIVEL**

Sgt. Smith investigated your grievance, in which you state you had property shipped from Monroe Correction Center (MCC) to Airway Heights Correction Center (AHCC) on, or about 10-6-03.  Sgt. Smith checked property records.  Records indicates that the last items received for you was two boxes of 'catch-up' property that you were issued on 10-16-03.  There is no other property at AHCC.  The property and mail departments have provided you the information you requested in your kites;  We have not received, nor are keeping any property for you other than what you were given.  Further inquiries should be addressed to MCC for any property you provided disposition instructions and funds for shipment.  Thank you for using the grievance program.

| GRIEVANCE COORDINATOR SIGNATURE
COOINADOR DE QUEJAS | DATE
FECHA
1-12-04 |
|---|---|

You may appeal this response by submitting a written appeal to the coordinator within two (2) working days from date this response was received.
Ud. puede apelar esta respuesta al someter una apelación por escrito al coordinador dentro de dos (2) días de trabajo de la fecha en que esta respuesta fue recibida.

DOC 05-166 E/S (Rev. 10/2000) POL    **1.  GRIEVANCE PROGRAM MANAGER – GERENTE DEL PROGRAMA DE QUEJAS**    DOC 550.100

19                                                                                                                ATTACHMENT  C