1

2

3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
10                                    AT SEATTLE

11

MICHAEL A. SCOTT, SR.,                    )
12                                        )
                    Plaintiff,            )      CASE NO.      C05-1950-RSL-JPD
13                                        )
         v.                               )
14                                        )
MAGGIE MILLER-STOUT, *et al.*,            )      ORDER GRANTING DEFENDANTS'
15                                        )      MOTION TO DISMISS
                    Defendants.           )
16  _____)

17          The Court, having reviewed plaintiff's second amended complaint, defendants' motion to

18  dismiss this action, the Report and Recommendation of the Honorable James P. Donohue, United

19  States Magistrate Judge, and the remaining record, does hereby find and ORDER:

20          (1)     The Court adopts the Report and Recommendation.

21          (2)     Defendants' motion to dismiss (Dkt. No. 23) is GRANTED, and this action is

22                  DISMISSED, without prejudice, for failure to exhaust administrative remedies.

23

24

25
    ORDER GRANTING DEFENDANTS'
26  MOTION TO DISMISS - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 4th day of December, 2006.

Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS - 2